MKH: USAO# 2015R00370

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 18  AM 11: 57

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JFM-15-348 |
| ROBERT TUCKER | * | (Possession of a Firearm by a Felon, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 4, 2015, in the District of Maryland, the defendant,

**ROBERT TUCKER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: one Ruger Blackhawk .357 Magnum revolver handgun, serial number 30-00138 and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**ROBERT TUCKER,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit: one Ruger Blackhawk .357 Magnum revolver handgun, serial number 30-00138 and ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

5/18/15
Date